IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01397-RPM

TERRI L. KRIEGER-HEANEY, Individually and as Personal Representative of the Estate of Mark A. Heaney, Deceased,

    Plaintiff,

v.

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.
_____

ORDER OF DISMISSAL
_____

On review of defendant's motion to dismiss for failure to state a claim, the plaintiff's response of June 20, 201, the defendant's reply of June 28, 2011 and the Colorado Supreme Court's opinion in *Apodaca v. Allstate Insurance Company*, 2011 WL 2449481 (Colo. 2011) holding that C.R.S. § 10-4-609 (1)(a) (2002) is not applicable to an umbrella policy, it is now

ORDERED that this civil action is dismissed for failure to state a claim for relief.

DATED: July 6th, 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge